IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
"IN ADMIRALTY"

CASE NO.: 6:12-cv-39-ORL-28KRS

**BEYEL BROTHERS, INC.**,
a Florida profit Corporation,

        Plaintiff,

        v.

**M/V King a 165' motor vessel**,
its engines, tackle, equipment, apparel,
appurtenances, tenders, etc., *in rem*,
**Unidentified 70' motor vessel**,
its engines, tackle, equipment, apparel,
appurtenances, tends, etc., *in rem*, and
**JAMES H. KING**, *in personam,*

        Defendants.
_____/

**ORDER DIRECTING THE RELEASE OF A VESSEL OR PROPERTY IN ACCORDANCE WITH SUPPLEMENTAL RULE (E)(5)**

In accordance with Supplemental Rule (E)(5) and Local Admiralty Rule 7.05(i), and pursuant to the Request for Release filed on January 26, 2012, Doc. No. 20, the United States Marshal, through its substitute custodian Beyel Brothers, Inc., is directed to release the vessels and/or property currently being held in his custody in the above-styled action, upon the posting of $75,000 cash bond into the registry of this Court.

DONE AND ORDERED at Orlando, Florida, this 26th day of January, 2012.

        *Karla R. Spaulding*
        KARLA R. SPAULDING
        UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
United States Marshals Service